# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**WILLIAM ROBERTS WILSON, JR., P.A.**                                                 **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO: 3:08CV229 TSL-JCS**

**STEPHEN B. MURRAY d/b/a MURRAY LAW FIRM**                          **DEFENDANT**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter having come on for hearing before the Court on the agreed motion of the parties to dismiss with prejudice all claims, including counterclaims, in the above styled and numbered cause, and the Court having duly considered same, and finding that motion to be well taken;

IT IS HEREBY ORDERED AND ADJUDGED that the above styled and numbered cause, and all claims asserted by the parties therein by way of the complaint or by way of counterclaim, be and the same are hereby dismissed with prejudice, each party to bear its costs.

SO ORDERED AND ADJUDGED this the 11th day of June, 2009.

                                                               /s/Tom S. Lee
                                                               UNITED STATES DISTRICT JUDGE

AGREED:

s/ John G. Corlew
JOHN G. CORLEW (MSB #6526)
William Roberts Wilson, Jr., P.A.
and William Roberts Wilson, Jr.


s/ C. Michael Ellingburg
C. MICHAEL ELLINGBURG (MSB #5496)
Counsel for Steven B. Murray, d/b/a Murray
Law Firm and Steven B. Murray, Sr.